UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

MARSHALL LOSKOT

   v.

D & K SPIRITS, LLC, et al
_____

DEFAULT JUDGMENT

Case No. CIV S-2:10-CV-0684 WBS DAD

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**D & K SPIRITS, LLC, KULDIP THANDI AND BHINDA SINGH** pursuant to the order entered 3/11/2011.

March 11, 2011

VICTORIA C. MINOR, CLERK

By: _____/s/_____
R. Matson, Deputy Clerk